# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARK A. SHANNON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 1:12-cv-1107-TWP-TAB |
| DIONE SHANNON, *et al.,* | ) ) ) |
| Defendants. | ) |

**Entry Granting *In Forma Pauperis* Status
and Directing Plaintiff to Show Cause**

**I.**

The plaintiff's motion to proceed *in forma pauperis* [Dkt. 2] is **granted.**

**II.**

A district court possesses only the jurisdiction conferred to it by Congress. *See South Carolina v. Katzenbach,* 383 U.S. 301 (1966). Congress has conferred subject matter jurisdiction on the district courts only in cases that raise a federal question and cases in which there is diversity of citizenship among the parties. *See* 28 U.S.C. §§ 1331-32. Because the limited jurisdiction of a federal court is not to be judicially expanded, the presumption is that "a cause lies outside this limited jurisdiction and the burden of establishing the contrary rests upon the party asserting jurisdiction." *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 375, 377 (1994).

The complaint appears to assert only state law claims against non-diverse parties. The plaintiff shall have **through September 24, 2012,** in which to **show cause** why the complaint should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

Date: 08/24/2012

*[signature]*
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark A. Shannon
219451
Plainfield Correctional Facility
Inmate Mail/Parcels
727 Moon Road
Plainfield, IN 46168